# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00077-CV

**Laszlo Herczeg, Appellant**

**v.**

**5005 SSR, LLC, Appellee**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-19-002982, THE HONORABLE DANIELLA DESETA LYTTLE,
### JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Laszlo Herczeg has filed a notice of appeal. On June 20, 2025, appellant filed in this Court a statement of his inability to pay appellate filing fees and any other costs associated with this appeal. The Clerk of this Court has forwarded appellant's statement to the trial court for filing. We abate this appeal and remand the case to the trial court for a determination, if necessary, of appellant's ability to afford payment of court costs under Rule 145 of the Texas Rules of Civil Procedure. *See* Tex. R. Civ. P. 145 (payment of costs not required).

Any motion to require appellant to pay costs or to require appellant to prove inability to afford costs must be filed in the trial court by the appropriate party or on the trial

court's own motion in accordance with Rule 145. *See id.* R. 145(e). If necessary, the trial court shall conduct a hearing on any such motion(s) and make appropriate orders. *See id.* R. 145(f). Any and all documents filed and orders signed pursuant to Rule 145 shall be forwarded to this Court for filing as a supplemental record as soon as possible but no later than **August 7, 2025**; a party, the trial-court clerk, or the court reporter may file a status report informing this Court that additional time is needed for a determination under Rule 145. In the absence of a request for additional time, this appeal will automatically reinstate on **August 7, 2025**. Upon reinstatement, if an order requiring appellant to pay costs has not been signed, appellant will be entitled to proceed without payment of the costs associated with this appeal. *See id.* R. 145(a).

It is so ordered on June 23, 2025.


Before Chief Justice Byrne, Justices Kelly and Ellis

Abated and Remanded

Filed:   June 23, 2025